IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| COLT CAMPREDON, | Case No. 3:17-cv-00347-CL |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security, | |
| Defendant. | |

MARK D. CLARKE, Magistrate Judge.

Before the Court is Plaintiff's Motion (#28) for award of attorney's fees pursuant to 42 U.S.C. § 406(b). Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fees previously received by the attorney ($11,151.91) and to send to Plaintiff's attorney, Tim Wilborn, at P.O. Box 370578, Las Vega, NV 89137, the balance of $7,160.59, minus any user fee. Any amount withheld after all administrative and court attorney's fees are paid should be released to claimant.

IT IS SO ORDERED.

DATED this 6 day of March, 2019.

MARK D. CLARKE
United States Magistrate Judge